IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONNIE DOLPHUS STRAWHACKER**                                   **PETITIONER**
**ADC #074475**

v.                        **4:23-cv-00692-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                        **RESPONDENT**

## ORDER

      I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 35) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

      Accordingly, the Amended Petition for Writ of Habeas Corpus (Doc. No. 25) is DISMISSED with prejudice and the requested relief is DENIED.

      No certificate of appealability shall issue.

      IT IS SO ORDERED this 8th day of July, 2024.


                                                         Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE